THE LAW OFFICE OF
# STEVEN D. McFADGEN Sr., Esq.
COUNSELOR AND ATTORNEY AT LAW

| MAILING ADDRESS | MUCHMORELAW@GMAIL.COM | PHYSICAL ADDRESS |
|---|---|---|
| POST OFFICE BOX 2341 | TELEPHONE (434) 385-4579 | 3831 OLD FOREST RD. |
| LYNCHBURG, VIRGINIA | FACSIMILE (888) 873-1048 | SUITE 6 |
| 24505 | CELL (434) 610-3434 | LYNCHBURG, VIRGINIA 24501 |

May 10, 2016

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAY 13 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Via U.S. Mail

Honorable Julia C. Dudley
United States District Court
Western District of Virginia
1101 Court Street
Suite A66
Lynchburg, Virginia 24504

6:16CV00015

## NOTICE OF REPRESENTATION

### HELEN L. COBBS v. FIRST TRANSIT, INC, et al.,

Dear Judge Moon,

    Please accept this letter as confirmation that below named attorneys has been retained by Helen L. Cobbs (hereinafter Ms. "Cobbs"), Plaintiff, to serve as legal counsel regarding the above-referenced matter:

| | |
|---|---|
| Steven D. McFadgen, Esq. | Carlos A. Hutcherson |
| McFadgen Law PLC | Hutcherson Law PLC |
| 3831 Old Forest Road, Suite 6 | 3610 Campbell Avenue |
| Lynchburg, Virginia 24501 | Lynchburg, Virginia 24501 |
| Telephone: (434) 385-4579 | Telephone: (434)455-8100 |
| Facsimile: (888) 873-1048 | Facsimile: (888)351-0363 |

    If you have any questions please do not hesitate to contact Steven McFadgen Sr., or Carlos Hutcherson. I am,

Sincerely,

/s/ SDMS

Steven D. McFadgen Sr., Esq.
sdm