IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

HELEN L. COBBS

    Plaintiff,

v.

FIRST TRANSIT, INC., *et al*.

    Defendants.

Case No. 6:16-cv-00015-NKM

## DEFENDANT FIRST TRANSIT'S 26(A)(3) DISCLOSURES

Defendant First Transit, Inc. ("First Transit"), by and through its counsel, and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, hereby submit its pretrial disclosures.

## WITNESSES

Defendant expects to call the following witnesses to testify at trial:

**(a)**      **Helen L. Cobbs**
c/o Steven D. McFadgen Sr.
McFadgen Law, PLC
3831 Old Forest Road, Suite 6
Lynchburg, VA 24501
(434) 385-4579

**(b)**      **Dennis Dorsey (Former Assistant General Manager, First Transit)**
c/o Eunju Park, S. Libby Henninger
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
(202) 842-3400

**(c)**      **Karen Walton (Former General Manager, First Transit)**
c/o Eunju Park, S. Libby Henninger
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
(202) 842-3400

**(d)    Gloria Berkley (Human Resources Manager, CVTMC)**
c/o Thomas G. Bell, Jr.
Timberlake Smith
25 North Central Ave
Staunton, VA 24401
(540) 885-1517

Defendant may call the following witness to testify at trial if the need arises:

**(a)    Allen Robey (Director of Transportation, CVTMC)**
c/o Thomas G. Bell, Jr.
Timberlake Smith
25 North Central Ave
Staunton, VA 24401
(540) 885-1517

Defendant reserves the right to call any witness listed on Plaintiff's witness list during its case in chief or for impeachment or rebuttal purposes. Defendant also reserves the right to call additional witnesses not listed here for impeachment or rebuttal purposes and as otherwise allowed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

## EXHIBITS

Defendant may offer the following documents and other exhibits into evidence at trial if the need arises:

| EXHIBIT | BATES NO. or OTHER IDENTIFIER |
|---|---|
| Plaintiff's Complaint | ECF No. 5 |
| Relevant portions of the Management Agreement between Greater Lynchburg Transit Company ("GLTC"), First Transit, and Central Virginia Transit Management Company ("CVTMC") | FT_000098-100, 105 |
| Relevant portions of First Transit's Employee Handbook | FT_000006, 00013-14, 00023-26 |
| Collective Bargaining Agreement | Ex. No. 1 from Deposition of Charles Hudson |
| Grievance documentation | Ex. No. 2 from Deposition of Charles Hudson |
| CVTMC Harassment Policy | Ex. No. 2 from Deposition of Plaintiff |
| December 12, 2013 Doctor's Note from Physicians Treatment Center | Ex. No. 7 from Deposition of Plaintiff |
| Handwritten schedules in March 2014 | Ex. No. 9 from Deposition of Plaintiff |
| Handwritten letters dated March 7, 2014; | Ex. No. 10 from Deposition of Plaintiff |

| EXHIBIT | BATES NO. or OTHER IDENTIFIER |
|---|---|
| March 22, 2014 | |
| Screenshots of text messages and Christmas card | Ex. No. 12 from Deposition of Plaintiff |
| Letters from Summer 2014 Furlough | Ex. No. 13 from Deposition of Plaintiff |
| Miss-out write-ups in 2014 | Ex. No. 14 from Deposition of Plaintiff |
| September 26, 2014 write-up and supporting documents | Ex. No. 15 from Deposition of Plaintiff |
| Resignation Letter of Plaintiff | Ex. No. 18 from Deposition of Plaintiff |
| Documents related to February 2014 time period and physician's notes | Ex. No. 22 from Deposition of Plaintiff |
| Plaintiff's work history for 2014 | Ex. No. 2 from Deposition of Gloria Berkley |
| Plaintiff's workers' compensation documentation from CVTMC | Ex. No. 3 from Deposition of Gloria Berkley |
| Group of emails and timeline | Ex. No. 1 from Deposition of Karen Walton (FT_000087-000092) |
| Handwritten note by Plaintiff to Gloria Berkley and Gloria Berkley's handwritten investigation notes | Ex. N from Declaration of Eunju Park (ECF No. 60-17) |
| Letters produced by Plaintiff | Ex. O from Declaration of Eunju Park (ECF No. 60-18) |
| Furlough seniority list and handwritten notes by Gloria Berkley | Ex. Q from Declaration of Eunju Park (ECF No. 60-20) |
| Disability insurance claim form by Plaintiff | Ex. V from Declaration of Eunju Park (ECF No. 60-25) |

Defendant reserves the right to proffer or use any exhibit listed on Plaintiff's exhibit list during its case in chief or for impeachment or rebuttal purposes. Defendant also reserves the right to supplement this list with any additional exhibits for impeachment or rebuttal purposes and as otherwise allowed by the Federal Rules of Civil Procedure and the Local Rules of the Court. All exhibits have either been produced in discovery or are available for inspection.

Defendant further reserves the right to update and revise the exhibit list, pending the result of its Motion for Summary Judgment.

Dated: July 28, 2017               Respectfully submitted,

                                   */s/ Eunju Park*
                                   Eunju Park (Bar No. 87890)
                                   S. Libby Henninger (Admitted *Pro Hac Vice*)
                                   Littler Mendelson, P.C.
                                   815 Connecticut Ave, NW
                                   Suite 400
                                   Washington, DC 20006
                                   202.842.3400 Telephone
                                   202.842.0011 Facsimile
                                   EPark@littler.com
                                   LHenninger@littler.com

                                   *Attorneys for Defendants*
                                   *First Transit, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2017, a copy of the foregoing Defendant First Transit's 26(a)(3) Pretrial Disclosures was filed with the Clerk of Court using the CM/ECF system sending notice to the following counsel of record:

>Carlos A. Hutcherson
>Hutcherson Law, PLC
>3610 Campbell Ave
>Lynchburg, VA 24501
>*Attorney for Plaintiff*
>
>Steven D. McFadgen, Sr.
>McFadgen Law, PLC
>3831 Old Forest Road
>Suite 6
>Lynchburg, VA 24505
>*Attorney for Plaintiff*
>
>Thomas G. Bell, Jr.
>Timberlake, Smith, Thomas & Moses, P.C.
>25 North Central Avenue
>Post Office Box 108
>Staunton, VA 24402-0108
>*Attorney for Central Virginia Transit Management Co., Inc.*
>*and Greater Lynchburg Transit Co.*

>*/s/ Eunju Park*
>Eunju Park
>Littler Mendelson, P.C.
>815 Connecticut Ave, NW
>Suite 400
>Washington, DC 20006
>202.842.3400 Telephone
>202.842.0011 Facsimile
>EPark@littler.com